RECEIVED

2011 OCT 25 P 2:31

CLERK U.S. DISTRICT COURT
NO. DIST. SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AVOCET SPORTS TECHNOLOGY, INC.,

Plaintiff,

v.

GARMIN INTERNATIONAL, INC., IMPLUS FOOTCARE, LLC, doing business as HIGHGEAR, POLAR ELECTRO, INC. BRUNTON, doing business as BRUNTON OUTDOOR GROUP, AND CASIO AMERICA, INC.,

Defendant.

CASE NO. Cv-11-4049(LHK)

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

David C. Lee, whose business address and telephone number is Sills Cummis & Gross P.C., 30 Rockefeller Plaza, New York, New York 10112 Tel: (212) 643-7000

and who is an active member in good standing of the bar of Southern District of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Casio America, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: November 7, 2011

*Lucy H. Koh*
United States District Judge
Honorable Lucy H. Koh