RECEIVED
2011 OCT 25 P 2:32

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

AVOCET SPORTS TECHNOLOGY, INC.,

CASE NO. Cv-11-4049(LHK)

Plaintiff,

v.

GARMIN INTERNATIONAL, INC., IMPLUS FOOTCARE, LLC, doing business as HIGHGEAR, POLAR ELECTRO, INC., BRUNTON, doing business as BRUNTON OUTDOOR GROUP, AND CASIO AMERICA, INC.

Defendant.

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Katherine M. Lieb, whose business address and telephone number is Sills Cummis & Gross P.C., 30 Rockefeller Plaza, New York, New York 10112
Tel: (212) 643- 7000

and who is an active member in good standing of the bar of Southern District of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Casio America, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: November 18, 2011

*Lucy H. Koh*
United States District Judge
Honorable Lucy H. Koh

