**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AVOCET SPORTS TECHNOLOGY, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GARMIN INTERNATIONAL, INC., et al., ) <br> ) <br> Defendants. ) <br> ) <br> ) | Case No.: 11-cv-04049-LHK <br><br> ORDER GRANTING JOINT MOTION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE |

The Parties' Joint Motion for Extension of Case Management Conference is hereby GRANTED. IT IS HEREBY ORDERED that:

(1) Plaintiff Avocet must identify the patent claims that it is asserting against Defendants by January 20, 2012;

(2) The Parties shall submit their Case Management Statement by February 3, 2012; and

(3) The Case Management Conference is continued from January 4, 2012 to Wednesday, February 8, 2012, at 2:00 p.m.

The Complaint in this case having been filed on August 18, 2011, the Court advises the Parties that any further requests for extensions in this case will be disfavored.

**IT IS SO ORDERED.**

Dated: December 27, 2011

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 11-cv-04049-LHK
ORDER GRANTING JOINT MOTION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE