1  HOLLAND & KNIGHT LLP
   Matthew P. Vafidis (California Bar No. 103578)
2  John P. Moran (*Pro Hac Vice*)
   Janelle M. Smith  (California Bar No. 231801)
3  50 California Street, Suite 2800
   San Francisco, California  94111
4  Telephone: 415.743.6900
   Fax:         415.743.6910
5  E-mail:matthew.vafidis@hklaw.com
           john.moran@hklaw.com
6          janelle.smith@hklaw.com

7  Attorneys for Defendant
   POLAR ELECTRO, INC.

8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12  AVOCET SPORTS TECHNOLOGY, INC.,        ) Case No.: 5:11-CV-04049-LHK
                                           )
13           Plaintiff,                     ) [PROPOSED] ORDER GRANTING
                                           ) POLAR ELECTRO, INC.S' REQUEST
14       vs.                                ) FOR TELEPHONIC APPEARANCE AT
                                           ) INITIAL CASE MANAGEMENT
15  GARMIN INTERNATIONAL, INC. IMPLUS      ) CONFERENCE
    FOOTCARE, LLC dba HIGHGEAR, POLAR      )
16  ELECTRO, INC., BRUNTON dba             ) [L.R. 16-10(a)]
    BRUNTON OUTDOOR GROUP, AND             )
17  CASIO AMERICA, INC.,                   )
                                           ) Date:    February 8, 2012
18           Defendants.                    ) Time:    2:00 p.m.
                                           ) Dept.:   8
19                                          ) Judge:   The Hon. Lucy H. Koh
                                           )
20                                          ) Complaint Filed:   August 18, 2011
                                           ) Trial Date:        None Set
21  _____   )

22       Defendant, POLAR ELECTRO, INC. ("Polar") filed a request to appear by telephone at the

23  Initial Case Management Conference set for February 8, 2012 at 2:00 p.m. before Judge Lucy H.

24  Koh.  This request was filed one week prior to the case management conference pursuant to L.R.

25  16-10(a) and the Calendar Scheduling Order Notes for Judge Koh.

26       This Court, having reviewed the Request and Declaration submitted, hereby finds and rules

27  as follows:

28       THE COURT FINDS that good cause for a telephonic appearance is set forth as follows:

Holland & Knight LLP
50 California Street, Suite 2800
San Francisco, California  94111
Tel.: 415.743.6900  Fax: 415.743.6910

- 2 -

1    1.  The office of Polar's lead counsel, John Moran, is located in Washington, D.C.

2    2.  In order to reduce the cost-burden to Polar, Polar's lead counsel requests to appear by

3        telephone.

4    3.  The parties are cooperating in drafting the joint case management statement, and have

5        discussed the contents pursuant to the Standing Order for All Judges of the Northern

6        District of California.

7    NOW, THEREFORE, IT IS HEREBY ORDERED that pursuant to L.R. 16-10, Defendant,

8  Polar Electro, Inc.'s Request for Telephonic Appearance is granted.

9    IT IS SO ORDERED.

10

11  Dated: ___2/1/12_____

12

13  Hon. Lucy H. Koh
    United States District Court, Northern District of
14  California, San Jose Division.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Holland & Knight LLP
50 California Street, Suite 2800
San Francisco, California 94111
Tel.: 415.743.6900  Fax: 415.743.6910

- 2 -