1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| AVOCET SPORTS TECHNOLOGY, INC., | ) | Case No.: 11-CV-04049-LHK |
|---|---|---|
| Plaintiff, | ) ) | ORDER DIRECTING PARTIES TO FILE JOINT CASE MANAGEMENT STATEMENT |
| v. | ) ) | |
| GARMIN INTERNATIONAL, INC., et al., | ) ) | |
| Defendants. | ) ) ) ) | |

17  The parties have failed to file a Joint Case Management Statement 7 days in advance of the

18 case management conference set for February 8, 2012, as required pursuant to Federal Rule of

19 Civil Procedure 26(f)(1)-(2). The parties are hereby ORDERED to file one joint case management

20 statement by Monday, February 6, 2012, at 9:00 a.m.

21 **IT IS SO ORDERED.**

22 Dated: February 2, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No.: 11-CV-04049-LHK
ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT